**ATTORNEY GRIEVANCE COMMISSION**          \*          **IN THE**
**OF MARYLAND**

                                            \*          **COURT OF APPEALS**

                                            \*          **OF MARYLAND**

**v.**

                                            \*          **Misc. Docket AG No. 81**

**KELLEE GENEAN BAKER**          \*          **September Term, 2020**

# O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Kellee Genean Baker, pursuant to Maryland Rule 19-736, in the above-captioned case, it is this 26th day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Kellee Genean Baker, be, and she hereby is, REPRIMANDED for violating Rules 1.1, 1.3, and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct and the Maryland Attorneys' Rules of Professional Conduct in effect at the time of the misconduct.

                                    /s/ Mary Ellen Barbera
                                            Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk